UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

PETITION

I, **Benjamin S. Thomassen**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: Edelson PC

350 North LaSalle Street, Suite 1300

Chicago, Illinois 60654

Office Telephone: (312) 589-6370

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of Illinois, 11/10/11; Northern District of Illinois, 12/6/11; Ninth Circuit Court of Appeals, 11/14/12.

My attorney Identification number is: 6307169

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

✓ SPECIAL ADMISSION:

GRANTED BY THE COURT: _[signature]_   Date: 10/1/14