# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN ROMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., a Delaware corporation, AND COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 14-cv-01705-RDM<br><br>Hon. Robert D. Mariani<br><br>**UNOPPOSED MOTION TO STAY OR EXTENSION TO RESPOND** |

Defendant Community Health Systems Professional Services Corporation (CHSPSC) respectfully moves the Court to stay all proceedings in this case pending the Judicial Panel on Multidistrict Litigation's decision on whether this litigation should be transferred to a single court for consolidated pretrial proceedings. *See In re Community Health Systems, Inc., Customer Data Security Breach Litigation*, MDL No. 2595.

This motion is unopposed. If the motion is denied, CHSPSC respectfully requests the Court for an extension of thirty days following the Court's decision on this motion to respond to plaintiff's complaint. This request for an extension is also unopposed. A brief in support of CHSPSC's motion is attached.

Dated October 22, 2014 **BAKER & HOSTETLER LLP**

By: /s/*Theodore J. Kobus, III*
Theodore Kobus, III, Esq.
PA ID No. 73034
45 Rockefeller Plaza
New York, NY  10111-0100
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
Email: tkobus@bakerlaw.com

*Attorney for Defendant Community Health Systems Professional Services Corporation*

# CERTIFICATE OF SERVICE

I, Theodore J. Kobus, III, Esquire, hereby certify that on this 22d day of October, 2014, a true and correct copy of the foregoing **UNOPPOSED MOTION TO STAY OR EXTENSION TO RESPOND** was served via the Court's ECF system upon the following:

William R. Caroselli, Esq.
Caroselli Beachler McTiernan & Conboy, LLC
20 Stanwix Street, 7th Floor
Pittsburgh, PA 15222

David S. Senoff, Esq.
Caroselli Beachler McTiernan & Conboy, LLC
1845 Walnut Street, 15th Floor
Philadelphia, PA 19103

Rafey S. Balabanian, Esq.
Ari J. Scharg, Esq.
John C. Ochoa, Esq.
David I. Mindell, Esq.
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654

Harry P. McGrath, Jr., Esq.
Stuart T. O'Neal, III, Esq.
Burns White LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
Conshohocken, PA 19428

BY:   */s/ Theodore J. Kobus, III Esq.*