IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN ROMAN, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC., and COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES,<br><br>   Defendants. | 3:14-CV-01705<br>(JUDGE MARIANI) |

### ORDER

**AND NOW, THIS 6TH DAY OF FEBRUARY, 2015**, pursuant to a Transfer Order frome the United States Judicial Panel on Multidistrict Litigation (Doc. 26), **IT IS HEREBY ORDERED THAT**:

1. The above-captioned case is transferred to the Northern District of Alabama, as specified in the Multidistrict Litigation Panel's Order.

2. The Clerk of Court is **DIRECTED** to close the Middle District of Pennsylvania case.

               /s/ Robert D. Mariani
               Robert D. Mariani
               United States District Judge