IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN ROMAN, individually and on behalf of all others similarly situated, | : : : : : |
| Plaintiff, | : : |
| v. | : 3:14-CV-01705 : (JUDGE MARIANI) |
| COMMUNITY HEALTH SYSTEMS, INC., and COMMUNITY HEALTH SYSTEMS PROFESSIONAL SERVICES, | : : : : |
| Defendants. | : |

ORDER

**AND NOW, THIS 6TH DAY OF FEBRUARY, 2015**, pursuant to a Transfer Order frome the United States Judicial Panel on Multidistrict Litigation (Doc. 26), **IT IS HEREBY ORDERED THAT**:

1. The above-captioned case is transferred to the Northern District of Alabama, as specified in the Multidistrict Litigation Panel's Order.

2. The Clerk of Court is **DIRECTED** to close the Middle District of Pennsylvania case.

Robert D. Mariani
United States District Judge